## MARY ANN MOORE v. THE CITY OF DETROIT AND GEORGE E. CURRIE.

*Municipal corporations—Public improvements.*

This case is ruled by *Goodwillie v. City of Detroit, ante,* 283.

Appeal from Wayne.    (Donovan, J.)    Argued October
31, 1894.   Decided December 22, 1894.

Bill to enjoin the collection of a paving assessment.
Defendant city of Detroit appeals.    Decree reversed, and
bill dismissed.   The facts are stated in *Goodwillie v. City
of Detroit, ante,* 283.

*Washington I. Robinson* (*Edwin F. Conely* and *Orla B.
Taylor,* of counsel), for complainant.

*John J. Speed,* for appellant.

McGRATH, C. J.   Complainant files her bill to restrain
the collection of an assessment for paving a street· upon
the ground that the water-pipes had not been laid in said

street at least one year before the pavement was ordered. The fact is that, after the pavement had been determined upon and ordered by the council,—but whether before or after the letting of the contract does not appear,—the board of water commissioners laid the water pipes in the street. The case is ruled by *Goodwillie v. City of Detroit, ante,* 2£3.

The decree of the court below is reversed, and the bill dismissed, with costs to defendant.

The other Justices concurred.